Steven GLAUDE, Plaintiff—Appellant,

v.

STATE of California; et al.,
Defendants—Appellees.

No. 05–15542.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

Steven Glaude, Soledad, CA, pro se.

Before: CANBY, BEEZER, and
KOZINSKI, Circuit Judges.

MEMORANDUM **

California state prisoner Steven Glaude appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to state a claim. We review de novo, *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998), and we affirm.

The district court properly dismissed Glaude's action as barred by *Heck* because his complaint necessarily calls into question the lawfulness of his criminal conviction and he has failed to show that his conviction has been reversed. *See Heck v.*

*Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

